**Electronically Filed
Supreme Court
SCPW-16-0000677
16-NOV-2016
10:21 AM**

SCPW-16-0000677

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

HALAWA CORRECTIONAL FACILITY ET AL., Respondents.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's motion for reconsideration, filed on November 7, 2016, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 16, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

